WESTERN UNION TELEGRAPH CO. v. WESTERN RY. OF ALABAMA.

(Circuit Court of Appeals, Fifth Circuit. January 8, 1917. Rehearing Denied February 9, 1917.)

No. 2883.

Appeal from the District Court of the United States for the Middle District of Alabama; Henry D. Clayton, Judge.

Suit between the Western Union Telegraph Company and the Western Railway of Alabama. From the decree, the Telegraph Company appeals. Modified and affirmed.

Ray Rushton and William Williams, both of Montgomery, Ala. (Albert T. Benedict and Francis R. Stark, both of New York City, and Rushton, Williams & Crenshaw, of Montgomery, Ala., on the brief); for appellant.

R. E. Steiner and Leon Weil, both of Montgomery, Ala. (Steiner, Crum & Weil, of Montgomery, Ala., on the brief), for appellee.

Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. Following rulings made in the cases of Western Union Telegraph Co. v. Louisville & Nashville R. Co., 238 Fed. 26, —— C. C. A. —— (present term, U. S. Circuit Court of Appeals, 5th Circuit), and Western Union Telegraph Co. v. Atlanta & West Point R. Co., 238 Fed. 36, —— C. C. A. —— (present term, U. S. Circuit Court of Appeals, 5th Circuit), the decree appealed from in the above-entitled cause is modified, by adding thereto an order that the appellant have leave to amend its bill of complaint, as it may be advised, within 30 days after the filing in the District Court of the mandate of this court. As so modified, the decree appealed from is affirmed, with costs against the appellant.